# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

Crim. No. 2:10-CR-28-1BO

RAHEEM NIKITA MILLER

On Monday, December 10, 2012, the above named was placed on supervised release for a period of 36 months. On December 9, 2013, the defendant was involved in an automobile accident. On December 10, 2013, as a results of his injuries the defendant died at Cape Fear Valley Hospital. It is accordingly recommended that all proceedings in this case be terminated.

Reviewed and approved,

/s/ Robert K. Britt  
Robert K. Britt  
Senior U.S. Probation Officer

Respectfully submitted,

/s/ Keith W. Lawrence  
Keith W. Lawrence  
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __16__ day of __December__, 2013.

Terrence W. Boyle  
U.S. District Judge